A0 91 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT

FILED

08 MAY 19 AM 9: 13

State and                    **DISTRICT OF**                    New Mexico

CLERK ALBUQUERQUE

UNITED STATES OF AMERICA

Noel FUENTES-ALCIDES

CRIMINAL COMPLAINT

Case Number: 08 mj 1169

(Narne and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my

knowledge and belief On or about  May 16, 2008  in  Santa Fe  County, in

the  State and  District of  New Mexico  defendant(s) did,

*(Track Statutory Language of Offense)*
an alien who had been denied admission, excluded, deported or removed or had departed the United States while an order of exclusion, deportation, or removal was outstanding, and thereafter enters, attempts to enter, or is at any time found in, the United States without the express consent of the Attorney General or his successor the Secretary of Homeland Security, pursuant to 6 USC 202 (3), 202 (4) and 577, to such alien's re-applying for admission.

in violation of Title  8  United States Code, Section(s)  1326 (a) (1) and (2)

I further state that I am a(n)  Special Agent  and that this complaint is based on the
                                              Official Title

following facts:

On or about May 16, 2008, Defendant Noel FUENTES-Alcides was encountered by Immigration and Customs Enforcement Special Agent Sonny Garcia in Santa Fe, New Mexico. Defendant admitted to being a national and citizen of El Salvador. Defendant further admitted to prior deportation from the United States.
A review of the defendant's immigration record indicated on or about December 9, 2005, FUENTES-Alcides was removed from the United States to El Salvador. There is no evidence that he has applied for, or received permission from the United States Attorney General or the Security to Re-enter the United States.

Continued on the attached sheet and made a part of this complaint:       Yes ☐  No ☒

Signature of Complainant

Sonny F. Garcia
Printed Narne of Complainant

Sworn to before me and signed in my presence,

Date  May 19, 2008                    at  Albuquerque, New Mexico
                                              City and State

ROBERT HAYES SCOTT
UNITED STATES MAGISTRATE JUDGE

Robert H. Scott
Signature of Judicial Officer

Name and Title of Judicial Officer

*Approved By AUSA J.m Tierney 5/19/08*